IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.

**Case No. 4:93cr4052-WS**
**Case No. 4:04cv282-WS/WCS**
**Case No. 4:05cv21-WS/WCS**

**CHARLES CRITTENDEN,**

    **Defendant.**

_____/

## ORDER ON § 2255 APPEAL

This cause is before the court on Defendant's notice of appeal, application for leave to appeal in forma pauperis, and application for a certificate of appealability. Docs. 284-286.  Defendant appeals the denial of his motion and renewed motion to vacate sentence pursuant to 28 U.S.C. § 2255 (each assigned a civil case number).

Defendant sought relief pursuant to Blakely v. Washington, 542 U.S. __, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004) and United States v. Booker, __ U.S. __, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).  Relief was denied as the holdings of those cases do not

apply retroactively on collateral review.  Docs. 273 (report and recommendation) and 277 (adopting order) (incorporated by reference).  See also United States v. Rodriguez, __ F.3d __, 2005 WL 895174, at *19 (11th Cir. April 19, 2005) (J. Carnes, concurring in denial of rehearing en banc) (noting no circuit has suggested that Booker should apply retroactively on collateral review, and "it is highly unlikely that any will.  The only way to rescue all of those prisoners from their 'illegal sentences' is to throw out the *Teague* decision and its progeny.  See *Teague v. Lane*, 489 U.S. 288, 109 S.Ct. 1060, 103 L.Ed.2d 334 (1989).").

A certificate of appealability (COA) is required for this appeal.  § 2253(c)(1)(B); Fed.R.App.P. 22(b).

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 1603-04, 146 L.Ed.2d 542 (2000); *quoting,* Barefoot v. Estelle, 463 U.S. 880, 893, n. 4 103 S.Ct. 3383, 3394, n. 4, 77 L.Ed.2d 1090 (1983).

For the reasons set forth previously and in this order, Defendant is not entitled to a certificate of appealability as he has not made a substantial showing of the denial of a constitutional right.  Leave to proceed in forma pauperis on appeal should also be denied.  Fed.R.App.P. 24(a).

It is therefore **ORDERED**:

Defendant's motions (docs. 285 and 286) are **DENIED**: leave to proceed in forma pauperis is **DENIED**, and a certificate of appealability **SHALL NOT ISSUE**.

**DONE AND ORDERED** this May 4, 2005.

        **/s William Stafford**
        **WILLIAM STAFFORD**
        **Senior United States District Judge**

Case Nos. 4:93cr4052-WS, 4:04cv282-WS/WCS, and 4:05cv21-WS/WCS